true, as of his own knowledge. Such affidavits should be direct and positive, though it is said that the words, " *to the best of affiant's knowledge and belief*," do not vitiate. *Jackson vs. Webster*, 6 *Munford* 462; 1 *Tidd's Prac.* 152–3; 2 *Humph. Pre.* 436; 5 *Barbour* 577; 2 *Doug.* (*Mich.*) 432.

The form of the affidavit in this case was calculated to make the impression upon the Court that it was evasive, and having been stricken out for that cause, if Brooks had grounds to deny the execution of the instruments, he should have attached to the plea an affidavit in the usual form.

2. The suit being upon three notes, the plea of partial want of consideration, if good in other respects, was uncertain and bad, because it did not specify which of the three notes was in part without consideration, as alleged.

The judgment is affirmed.

---

BROOKS ET AL. VS. BYERS.
BROOKS ET AL. VS. BYERS.

*Error to Jackson.*

Affirmed upon the opinion in *Brooks et al. vs. Fassett.*